IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>WANDA ENID LABORDE MEDINA<br><br><br>XXX-XX-5459<br><br><br><br>Debtor(s) | CASE NO. 08-03163 ESL<br><br>Chapter 7<br><br><br><br>FILED & ENTERED ON 01/08/2010 |

ORDER DISCHARGING TRUSTEE
AND RELEASING HIS BOND

The instant case was converted to Chapter 7 on 10/08/2009. The Chapter 13 Trustee has rendered a final report of his administration on 11/30/2009. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

San Juan, Puerto Rico, this 08 day of January, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:     ALEJANDRO OLIVERAS RIVERA