IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. **08-03163 ESL** |
| | * | |
| WANDA ENID LABORDE MEDINA | * | CHAPTER 7 |
| | * | |
| DEBTOR | * | |

**DEBTOR'S MOTION FOR REOPENING OF CASE UNDER 11 U.S.C. §350(b)
AND REQUEST FOR ENTRY OF ORDER OF DISCHARGE**

TO THE HONORABLE COURT:

COMES NOW, **WANDA ENID LABORDE MEDINA**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On May 19, 2008, the debtor filed a petition for relief under Chapter 13 of Title 11, U.S. Code §§1301 *et seq*, in the above captioned case. On November 18, 2009, the Chapter 13 case was converted to a Chapter 7 of Title 11, U.S. Code §§701 *et seq.*, docket no. 55.

2. On December 11, 2009, the appointed Trustee Wigberto Lugo Mender, Esq., filed a *Chapter 7 Trustee's Report of No Distribution* and a *Notice of Abandonment*, docket numbers 69 and 70.

3. On February 11, 2010, the Clerk of the Court gave notice of intent to close the above captioned Chapter 7 case without entry of discharge for debtor having failed to file a certification of completion of instructional course concerning personal financial management (Official Form 23) which was due sixty (60) days after the first scheduled 341 meeting of creditors. *Notice of Intent to Close Chapter 7 Bankruptcy Case Without Entry of Discharge Due to Failure of Debtor to File Financial Management Course Certificate*, docket no. 76.

Page – 2 –
Motion for reopening of case 11 USC §350(b)
Case no. 08-03163 ESL7

4. On April 13, 2010, this Honorable Court issued an *Order Discharging Trustee and Closing the Estate*, docket no. 80.

5. On August 6, 2014, the debtor did take the required instructional course concerning personal financial management and is hereby filing with this Honorable Court the appropriate certificate of completion of instructional course concerning personal financial management (Official Form 23).

6. Under Section 350(b) of the Bankruptcy Code, 11 U.S.C. §350(b), a debtor may request by motion that the court reopen a case to accord relief to the debtor or for other cause. 11 U.S.C. §350(b), Rules 5009 and 5010 of the Federal Rules of Bankruptcy Procedure and P.R.-LBR 5010-1 of the Puerto Rico Local Bankruptcy Rules.

7. The debtor respectfully submits that she has filed the certificate of completion of instructional course concerning personal financial management and respectfully requests this Honorable Court to reopen her bankruptcy case and enter a discharge Order, in the above captioned case. Rules 5009 and 5010 of the Federal Rules of Bankruptcy Procedure.

## NOTICE UNDER P.R. LBR 5010-1:

**You are hereby notified that the debtor has filed a motion for the re-opening of her Chapter 7 case. Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the**

Page –3 –
Motion for reopening of case 11 USC §350(b)
Case no. 08-03163 ESL7

**U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

## CERTIFICATE OF SERVICE

I CERTIFY that on this same date a copy of this motion was electronically filed using the CM/ ECF system which will send notification of same to: the Chapter 7 Trustee Wigberto Lugo Mender, Esq.,; US Trustee's Office, Monsita Lecaroz, Esq., Assistant US Trustee; and via regular mail to Wanda Enid Laborde Medina, InterAmericana Gardens Apt 3 B Bldg B 19 Trujillo Alto PR 00976, debtor in the above captioned case; and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 6th day of August, 2014.

/s/R. Figueroa Carrasquillo
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614 ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00725
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing      DORAL BANK                              US Bankruptcy Court District of P.R.
0104-3                               PO BOX 71306                            Jose V Toledo Fed Bldg & US Courthouse
Case 08-03163-ESL7                   SAN JUAN, PR 00936-8406                 300 Recinto Sur Street, Room 109
District of Puerto Rico                                                      San Juan, PR 00901-1964
Old San Juan
Tue Aug  5 15:32:21 AST 2014

AEELA                                ASOCIACION EMPLEADOS AEELA              CITIFINANCIAL
P O BOX 364508                       PO BOX 362766                           PO BOX 700
SAN JUAN  PR  00936-4508             SAN JUAN, PR  00936-2766                CAGUAS, PR  00726-0700


COMMOLOCO                            COMMOLOCO                               DORAL BANK
P.O. Box 1168                        PO BOX 89                               MARTINEZ & TORRES LAW OFFICES, P.S.C.
ST JUST, PR 00978-1168               CAGUAS, PR  00726-0089                  PO BOX 192938
                                                                             SAN JUAN, PR 00919-3409


DORAL MORTGAGE CORP                  Department of Treasury                  PR TELEPHONE COMPANY
PO BOX 13593                         Bankruptcy Section (424-B)              PO BOX 71401
SAN JUAN, PR  00908-3593             PO Box 9024140                          SAN JUAN, PR  00936-8501
                                     San Juan, PR 00902-4140


VELMA E DIAZ CARRASQUILLO ESQ        MONSITA LECAROZ ARRIBAS                 ROBERTO FIGUEROA CARRASQUILLO
PO BOX 361508                        OFFICE OF THE US TRUSTEE (UST)          PO BOX 186
SAN JUAN, PR  00936-1508             OCHOA BUILDING                          CAGUAS, PR 00726-0186
                                     500 TANCA STREET  SUITE 301
                                     SAN JUAN, PR 00901


WANDA ENID LABORDE MEDINA            WIGBERTO LUGO MENDER                    End of Label Matrix
INTERAMERICANA GARDENS               LUGO MENDER & CO                        Mailable recipients    16
BLDG B 19 APT 3 B                    CENTRO INTERNACIONAL DE MERCADEO        Bypassed recipients     0
TRUJILLO ALTO, PR 00976              CARR 165 TORRE 1 SUITE 501              Total                  16
                                     GUAYNABO, PR 00968
```